

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00112-CV

| | | |
|---|---|---|
| DAVID A. SKEELS, Appellant | § | On Appeal from the 236th District Court |
| v. | § | of Tarrant County (236-284262-16) |
| JONATHAN T. SUDER, MICHAEL T. COOKE, AND FRIEDMAN, SUDER & COOKE, P.C., Appellees | § | September 24, 2020 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment in its entirety.

We render a declaratory judgment that the attempted redemption of David A. Skeels's shares in Friedman, Suder & Cooke, P.C. was not authorized by the Texas Business Organizations Code and is therefore of no effect. We remand the remainder of Skeels's claims to the trial court for further proceedings consistent with this opinion.

We further order that Friedman, Suder & Cooke, P.C. shall pay 75% of the costs of this appeal and Jonathan T. Suder and Michael T. Cooke shall jointly and severally pay 25% of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
     Justice J. Wade Birdwell